UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-04744 ADS Date: August 24, 2026

Title: *Shengguo Yan v. Markwayne Mullin, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE TRANSFER**

On August 20, 2026, Petitioner filed the instant Petition. (Dkt. No. 1.) Petitioner alleged, among other claims, that Respondents violated Petitioner's due process rights by placing Petitioner in immigration detention without a bond hearing. (Dkt. No. 1.) On August 21, 2026, the Notice of General Order 26-05 was filed, which directed the Clerk to effectuate immediate service of the Petition on Respondents through email. (Dkt. No. 5.) Approximately two minutes later, also on August 21, 2026, Petitioner filed an emergency Motion for Order to Show Cause re Civil Contempt and for Immediate Return of Petitioner to the Central District of California. (Dkt. No. 6.) Petitioner's counsel alleges that Petitioner was transferred outside the Central District of California to Texas without complying with the General Order requirement to give the court two days' notice prior to transfer. (Dkt. No. 6 at 6.) Under General Order 26-05, during the pendency of an immigration habeas petition, Respondents are required to provide Petitioner and the Court with at least two court days' notice of its intent to remove Petitioner outside the Central District of California. (Dkt. No. 5.) Respondents did not provide the Court with notice of their intent to transfer Petitioner. Accordingly, Respondents are **ORDERED TO SHOW CAUSE** regarding the transfer.

Respondents must file a written response no later than **August 28, 2026** explaining, at a minimum:

1) When Petitioner was transferred;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-04744 ADS Date: August 24, 2026

Title: *Shengguo Yan v. Markwayne Mullin, et al.*

2) Where Petitioner has been transferred to; and
3) Whether Respondents had received notice of the pending habeas petition prior to the transfer.

**IT IS SO ORDERED.**

Initials of Clerk kh